**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

<span style="color:red">Electronically Filed
Intermediate Court of Appeals
CAAP-12-0001001
01-NOV-2013
08:54 AM</span>

NO. CAAP-12-0001001

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DOUGLAS DUANE WILKERSON, Plaintiff-Appellee,
v.
JOHN MARTIN BERTSCH, Individually and as
General Partner of BW Management, a Hawaii
General Partnership, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 11-1-0380K)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By:  Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of Defendant-Appellant John Bertsch's Motion to Dismiss filed on October 5, 2013, and the records and files herein, and there being no opposition,

IT IS HEREBY ORDERED that the appeal is dismissed with prejudice.  Each party shall bear their own fees and costs.

DATED:  Honolulu, Hawai'i, November 1, 2013.

Presiding Judge

Associate Judge

Associate Judge